SHATTUCK, Respondent, v. GUARDIAN TRUST CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Edwin P. Shattuck, as receiver, etc., against the Guardian Trust Company of New York. D. J. Fackenthal, for appellant. H. Barry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 App. Div. 431, 109 N. Y. Supp. 862; 145 App. Div. 734, 130 N. Y. Supp. 658.

SHEA v. LYNSKEY. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Denis J. Shea against Thomas Lynskey. With this case has been consolidated in this court, cases bearing titles as follows: Federal Sign System v. Theodore Soutsos; Paul Shotland v. Delia Mulligan; Vincenzo D'Elette v. Illinois Surety Co. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 133 N. Y. Supp. 477.

SHEUSI, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) Action by Salvatore Sheusi against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

SHIPMAN, Appellant, v. TREADWELL et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Leonard H. Shipman, as receiver of the F. Gray Company, against George Curtis Treadwell and another. PER CURIAM. Order modified, so as to allow to the plaintiff disbursements made for certified copy of records, and, as so modified, affirmed, without costs. See, also, 133 N. Y. Supp. 970; infra. BETTS, J., votes for affirmance.

SHIPMAN, Respondent, v. TREADWELL et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by Leonard H. Shipman, as receiver of the F. Gray Company, against George Curtis Treadwell and another. PER CURIAM. Decision (133 N. Y. Supp. 970) amended, by striking therefrom the words "on law and facts," and inserting in lieu thereof "upon the law only." See, also, supra.

SIRE v. BROWNING. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Meyer L. Sire against Edward F. Browning. No opinion. Motion granted. Time to serve papers on appeal extended until April 1st. Settle order on notice. See, also, 133 N. Y. Supp. 1151; infra.

SIRE v. BROWNING. (Supreme Court, Appellate Division, First Department. March 29,

1912.) Action by Meyer L. Sire against Edward F. Browning. No opinion. Motion denied, with $10 costs. Memo. Per Curiam. Order filed. See, also, 133 N. Y. Supp. 1151; supra.

SIRE, Respondent, v. BROWNING, Appellant. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Meyer L. Sire against Edward F. Browning. C. E. Thornall, for appellant. H. B. Johnson, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed. See, also, supra.

SKIDMORE v. MYERS. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Gertrude Skidmore against Frederick S. Myers. No opinion. Motion denied, with $10 costs. Order filed.

SLAUSON, Appellant, v. RICHMOND LIGHT & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Annie E. Slauson against the Richmond Light & Railroad Company. PER CURIAM. Judgment affirmed, with costs. THOMAS and CARR, JJ., dissent.

SMIDT, Respondent, v. BUFFALO COLD STORAGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by John Smidt against the Buffalo Cold Storage Company. PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide the event. Held, that the admission of the evidence of the plaintiff's wife as to her physical condition was reversible error. KRUSE, J., dissents.

SMITH, Respondent, v. BOARD OF EDUCATION, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by William R. Smith against the Board of Education. C. McIntyre, for appellant. J. E. O'Brien, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SMITH, Appellant, v. CAMDEN CREAMERY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Thomas B. Smith against the Camden Creamery. No opinion. Judgment affirmed, with costs.

SMITH, Appellant, v. PETERS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Fitzhugh Smith against Thomas P. Peters and others. No opinion. Order affirmed, with $10 costs and disbursements.